NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

VERA W. HUANG,
*Plaintiff-Appellant,*

v.

MENG YIH HUANG, P. GUILMET, ROBIN LYNCH, GEORGE P. LORDAN, ARTHUR FRAWLEY, LISA GREENBURG, LISA A. JACOBOWITZZ, KIM PHELAN, MI NA HUANG, LEU SO-MEI, WEN-CHIN LEU, of Chien-Chuen Plastic Co. Ltd., DR. MARILEA K. MILLER, ERNEST LIN, DR. TUNG, JOSEPH PALEY, MARK BURRELL, DAVID HAZLEWOOD, and DEPUTY TERRY, Salem Family Court,
*Defendants-Appellees,*

and

JUDGE EDWARD J. ROCKETT, HONORABLE SEAN DUNPHY, JUDGE SPENCER M. KAGAN, JOHN CRONIN, JUDGE JOHN STEVENS, JR., JUDGE MARY M. MANZI, JUDGE DIGANGI, JUDGE BILLING, JUDGE NANCY STAFFIER HOLTZ, JUDGE BONNIE H. MACLEOD, JUDGE FRANCIS A. MCINTYRE, JUDGE WHITHEAD, JUDGE D. KERMAN, JUDGE IRELAND, JUDGE SPINA, JUDGE CORDY, JOHN DAWLEY, Assistant District Attorney, RALPH FINCH, Assistant Clerk, JUDITH BRENNAN, KEVIN JONES, MAGISTRATE TRIPI,

**MAGISTATE DORIS STENZIANI, LILLIAN C. ANDRUSZKIEWICZ, CLERK HOLLIEY WHITE, JOSEPH LARO, Court Reporter, PROBATION OFFICER SLIVASKI, RUDOLPH JAWORSKI, CHARLES KAGAN, INSPECTOR ROBERT FOLEY, INSPECTOR BERNARD CLANCY, ESSEX COUNTY, MASSACHUSETTS STATE TREASURY, ATTORNEY GENERAL OF MASSACHUSETTS, SALEM DISTRICT ATTORNEY, SALEM SUPERIOR COURT CLERKS, CAMBRIDGE DISTRICT ATTORNEY, and JUDGE WHITE, Middlesex Superior Court,**
*Defendants-Appellees,*

**and**

**NANCY VANTINE and BURNS & LEVINSON LLP,**
*Defendants-Appellees.*

---

2010-1293

---

Appeal from the Untied States District Court for the District of Massachusetts in case no. 07-CV-10435, Judge Joseph L. Tauro.

---

## ORDER

Vera W. Huang having not responded to this court's order directing her to show cause why this appeal should not be dismissed,

IT IS ORDERED THAT:

(1) This appeal is dismissed. All sides shall bear their own costs.

(2)  Any pending motions are moot.

FOR THE COURT

JUN 1 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Vera W. Huang
     Annapurna Balakrishna, Esq.
     Katy E. Koski, Esq.

s8

ISSUED AS A MANDATE:  JUN 1 1 2010
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2010

JAN HORBALY
CLERK